JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALLEN, an individual; and on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>AUDIOPHILE MUSIC DIRECT INC., d/b/a Music Direct, a Nevada corporation; MOBILE FIDELITY SOUND LAB, INC., an Illinois corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. CV 22-8146-GW-MRWx<br><br>**CLASS ACTION**<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br><br>Action filing date:  September 22, 2022 |

Based on the accompanying Stipulation of Dismissal filed by Plaintiff Mark Allen and Defendants Audiophile Music Direct Inc., d/b/a Music Direct and Mobile Fidelity Sound Lab, Inc., this action is hereby dismissed with prejudice, with each party to bear its own costs and fees in this action.

IT IS SO ORDERED.

Dated: February 14, 2024          _____
                                  HON. GEORGE H. WU,
                                  UNITED STATES DISTRICT JUDGE